**Electronically Filed
Supreme Court
SCPW-23-0000672
06-MAR-2024
09:26 AM
Dkt. 37 ODMR**

SCPW-23-0000672

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CELESTE M. GONSALVES, Petitioner,

vs.

THE HONORABLE KARIN L. HOLMA,
Judge of the District Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STUART B. GLAUBERMAN, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1DSC-23-0000463)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the motion for reconsideration filed

March 4, 2024, and the record, this court has not overlooked or

misapprehended points of law or fact.  See Hawaiʻi Rules of

Appellate Procedure Rule 40(b) (2000).

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, March 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens